# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TORRANCE EGAN BLACK,<br><br>        Petitioner,<br><br>  v.<br><br>JIM ROBERTSON,<br><br>        Respondent. | CASE NO. CV 20-11823-MCS(AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all the records herein and the attached Final Report and Recommendation of United States Magistrate Judge. After having made a *de novo* determination of the portions of the initial Report and Recommendation to which objections were directed,[1] the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

---

[1] Petitioner's objections, filed on April 23, 2021, (Docket No. 19), have been addressed in the Final Report and Recommendation.

**IT IS ORDERED** that Judgment shall be entered denying and dismissing the First Amended Petition without prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Final Report and Recommendation and the Judgment herein on Petitioner and counsel for Defendant.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: _April 28, 2021_

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE