JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TORRANCE EGAN BLACK, | CASE NO. CV 20-11823-MCS(AS) |
|     Petitioner, | **JUDGMENT** |
|   v. | |
| JIM ROBERTSON, | |
|     Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the First Amended Petition is denied and dismissed with prejudice.

DATED: _April 28, 2021_

*/s/ Mark C. Scarsi*
_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE